**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1231**

STARSHA SEWELL,

                    Plaintiff – Appellant,

          v.

JOHN HOWARD, SR.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   J. Frederick Motz, Senior District Judge.  (8:12-cv-02736-JFM)

Submitted:  July 1, 2014               Decided:  July 15, 2014

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order denying her Fed. R. Civ. P. 60(b)(1) motion seeking relief from the district court's order remanding this action to the state court. We have reviewed the record and find that Sewell failed to make the showing necessary to obtain relief pursuant to Rule 60(b). See Dowell v. State Farm Fire & Cas. Auto. Ins. Co., 993 F.2d 46, 48 (4th Cir. 1993). Accordingly, the district court did not abuse its discretion, and we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED